UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DANIEL G. MARTINEZ, etc., *et al*., | ) | |
| Plaintiff, | ) | 2:12-cv345-RCJ-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| PRLAP, INC. TRUSTEE, *et al*., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court on a Motion to Stay Proceedings Pending the Outcome of Bankruptcy Proceedings in Title 11 (#33).

The Court having reviewed the Motion (#33) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Stay Proceedings Pending the Outcome of Bankruptcy Proceedings in Title 11 **(#33) is GRANTED to the extent that this case is stayed as to discovery** until a decision is entered by the Court on all pending motions.

IT IS FURTHER ORDERED that the Motion to Stay Discovery Pending Hearing on Pending Motions **(#21) is DENIED WITHOUT PREJUDICE** in light of the stay entered above.

IT IS FURTHER ORDERED that Defendants' Proposed Joint Discovery Plan and Scheduling Order **(#24) is DENIED WITHOUT PREJUDICE** in light of the stay entered above.

DATED this __27th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge