1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                           DISTRICT OF NEVADA
8                                  * * *
9

10   DANIEL G. MARTINEZ, et. al.,            Case No. 2:12-cv-00345-MMD-RJJ

11                          Plaintiffs,
                                                           ORDER
12         v.
                                             [Plf.'s Motion to Voluntarily Dismiss
13   PRLAP, Inc., et al.,                        Without Prejudice – dkt. no. 9]

14                          Defendants.

15

16         Before this Court is Plaintiff Daniel G. Martinez's Motion to Voluntarily Dismiss

17   Without Prejudice.  (Dkt. no. 9.)

18   **I.     BACKGROUND**

19         Plaintiffs Daniel G. Martinez, Tina M. Courtney, and Thomas Zsidro filed this

20   action in state court on October 14, 2011, against PRLAP, Inc. ("PRLAP"), the original

21   trustee of the deed of trust, for breach of fiduciary duties arising out of the alleged filing

22   of fraudulent documents with the county recorder relating to a property that had been the

23   subject of foreclosure proceedings.   The property was sold at a foreclosure sale on

24   October 24, 2011.  On January 31, 2012, Clark County District Judge Kenneth Corey

25   granted PRLAP's Motion to Dismiss as to Plaintiffs Courtney and Zsidro.   Martinez

26   subsequently filed a First Amended Complaint on February 10, 2012, alleging claims

27   against PRLAP, Inc., MTC Financial Inc. d/b/a Trustee Corps ("Trustee Corps") (the

28   substituted trustee), and individual defendants Paul Kim, Juan Carrillo, Gloria Juarez,

1   Amy Lemus, Anthony Tran, Susan Dana, and Diane Derr.  Trustee Corps removed this
2   action on March 1, 2012.  On July 11, 2012, the Court denied Plaintiff Martinez's Motion
3   to Remand.  (*See* dkt. no. 41.)

4   **II.   DISCUSSION**

5       Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's
6   request only by court order, on terms that the court considers proper."  The purpose of
7   Rule 41(a)(2) "is to permit a plaintiff to dismiss an action . . . so long as the defendant will
8   not be prejudiced or unfairly affected by dismissal."  *Stevedoring Servs. of Am. v. Armilla*
9   *Intern. B. V.*, 889 F.2d 919, 921 (9th Cir. 1989) (internal quotations omitted).  "[T]he
10  decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the sound
11  discretion of the District Court."  *Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d
12  143, 145 (9th Cir. 1982).

13      Martinez seeks to dismiss his suit against Trustee Corps, Paul Kim, Juan Carillo,
14  Gloria Juarez, Amy Lemus, and Anthony Tran.  The Court finds that Martinez's request
15  will not unfairly prejudice these defendants.  Martinez sought dismissal only days after
16  these Defendants filed their Answer to the Complaint and about two weeks after Trustee
17  Corps filed its petition for removal.  Further, the Court will not award these defendants
18  attorneys' fees or costs.

19      The Court also notes that PRLAP's Motion to Dismiss in state court was granted
20  as to Plaintiffs Courtney and Zsidro on January 31, 2012.  (*See* Dkt. no. 44-D.)  Given
21  that Martinez, as a *pro se* litigant, was prohibited from pursuing claims on behalf of
22  Courtney and Zsidro in his First Amended Complaint, *see Simon v. Hartford Life, Inc.*,
23  546 F.3d 661, 664-65 (9th Cir. 2008), the only remaining litigants in this case are Plaintiff
24  Martinez and Defendants PRLAP, Dana, and Derr.

25  **III.   CONCLUSION**

26      Accordingly, IT IS HEREBY ORDERED THAT Plaintiff Daniel G. Martinez's
27  Motion to Voluntarily Dismiss Without Prejudice (dkt. no. 9) is GRANTED.

28  ///

1    IT IS FURTHER ORDERED THAT the Office of the Clerk shall terminate Plaintiffs

2   Thomas Zsidro and Tina M. Courtney pursuant to PRLAP's Motion to Dismiss (*see* dkt.

3   no. 44-D).

4    ENTERED THIS  20th day of July 2012.

6    _____

7    UNITED STATES DISTRICT JUDGE